FILED

AUG 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## United States District Court in Maryland

Lawrence V. Wilder, Sr
113 Winters Lane
Catonsville, Maryland 21228-3151

V

Case: 1:08-cv-01388
Assigned To : Robertson, James
Assign. Date : 8/11/2008
Description: Pro Se Gen. Civil

Micheal Leavitt, Secretary
United States Department of Health and Human Services
Washington, D.C.

Linda M. Springer, Director
United States Office of Personnel Management
Washington, D.C.

### Writ of Mandamus

Plaintiff, Lawrence V. Wilder, petitions the United States District Court in Maryland to approve this Writ of Mandamus to order the Secretary of the U.S. Department of Health and Human Services and the Director of the U.S. Office of Personnel Management to reinstate the plaintiff after being placed on disability retirement from workplace injury.

The plaintiff was removed from his position on May 6, 1997, for alleged unprofessional conduct. The plaintiff applied and was approved for disability retirement. The disability retirement was approved by OPM because of factors at DHHS which caused the plaintiff's disability (the plaintiff was denied the ability to apply for Federal worker's compensation).

In early 2006, the plaintiff contacted both DHHS (CMS), and OPM to request reinstatement and was denied. The DHHS and OPM both refused to coordinate the plaintiff's reinstatement rights after disability retirement. OPM also failed to request periodic reviews of the plaintiff's disability, which would have activated the plaintiff's rights to priority consideration.

Year-to-date, both agencies refuse to correct this error and the plaintiff has no other option to pursue the enforcement of his rights, so the Kerr factors for approval of this Writ of Mandamus are met.

Mandamus jurisdiction under 28 U.S.C. 1361 states (the district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any other agency thereof to perform a duty owed to the plaintiff).

Respectfully submitted,

Lawrence V. Wilder
(410)-262-7911

Leave to file without
Prepayment of Cost **GRANTED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
DISTRICT COURT
DISTRICT OF MARYLAND
2008 JUL -2 A 9: 15

U.S.D.J.

FILED
AUG 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Wilder
_____
Plaintiff

vs.

Leavitt, et al.
_____
Defendant

\*

\*   Civil Action No. 08 1388

\*

JFM 08 CV 1755

\*\*\*\*\*\*

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff hereby requests leave, pursuant to 28 U.S.C. §1915, to proceed *"in forma pauperis"* (without prepayment of costs). In support of this motion, plaintiff attaches an affidavit.

_____
Signature

Lawrence Wilder, Sr
_____
Name (Print or Type)

113 Winters Lane
_____
Address

Catonsville, MD 21228
_____
City/State/Zip

410-262-7911
_____
Phone No.                                    Fax No.

RECEIVED
U.S. District Court (10/25/2007) -
Motion for Leave to Proceed "In Forma Pauperis"
JUL 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

__Wilder__
Plaintiff

vs.

__Leavitt, et al__
Defendant

2008 JUL -2 A 9: 1

* Civil Action No. _____

\*\*\*\*\*\*

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED
IN FORMA PAUPERIS**

I, __Lawrence V. Wilder__, declare that I am the plaintiff in the above-entitled case. I understand that the filing fee for most civil suits is $350.00. In support of my motion to proceed without being required to prepay the filing fee and other costs, I state that: (1) because of my poverty I am unable to pay such fee and costs, or give security therefor; and (2) I believe I am entitled to relief in this proceeding. The nature of my complaint is briefly stated as follows (employment discrimination, Social Security, civil rights, or other):



In further support of this motion, I answer the following questions:

1. Are you presently employed?

    ☐ Yes  ☒ No

    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. List both gross and net (take-home) pay.

Employer: _____    Monthly Gross: $_____
         _____    Monthly Net:   $_____

b. If the answer is "no," state the date of last employment, the name and address of your employer, and the amount of salary or wages per month you received.

Date: _____
Employer: Retired (Disability)
U.S. DHHS  5/6/97                Monthly Gross: $_____
                                 Monthly Net:   $_____

2. Have you received within the past 12 months any income from: (1) settlements, judgments, or monetary awards following compensation, or disability payments; (2) Social Security, public assistance, workers' compensation, or disability payments; (3) a business, profession or other form of self-employment; (4) rent payments, interest, or dividends; (5) retirement, annuity, pension or insurance payments; (6) gifts or inheritances; or (7) any other sources?

☑ Yes   ☐ No

Received:             Source:
$ 990/mo              U.S. Federal disability pension
$ 1420/mo             SSDI (No payments in 2008)
$                           (suspended)
$

Do you expect this income to continue:   ☐ Yes   ☑ No

3. Do you have any cash on hand, or money in savings or checking accounts? ☐ Yes ☑ No

If yes, state total amount: $_____

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

If yes, give value and description:

Value:            Description:

$_____       _____
$_____       _____
$_____       _____
$_____       _____

5. List creditors, including banks, mortgage companies, charge accounts, etc.:

| Creditors: | Total Debt: | Monthly Payment: |
|---|---|---|
| Student Loan | $ 11023 | $ 136 |
| SSA (Overpayment debt) | $ 5339 | $ 166 |
| Credit Card | $ 2250 | $ 333 |
|  | $ | $ |

6. List any major monthly expenditures not included in your answer to No. 5, such as food, insurance, utilities, rent, child support, alimony, etc.:

| Description: | Monthly Payment: |
|---|---|
| Rent | $ 900 |
| Food & household expenses | $ 435 |
| Insurance, Med Exp (Health & Auto) | $ 140 |
| Legal/Employment rel/ot cost/transp. | $ 200 |

7. Marital Status: ☒ Single  ☐ Married  ☐ Widowed  ☐ Separate/Divorced

   List Persons you actually support and your relationship to them:

   | Name: | Relationship: |
   |---|---|
   | Britney Wilder | Daughter |
   | Lawrence Wilder | Son |
   |  |  |
   |  |  |

8. If married, is your spouse employed? ☐ Yes  ☐ No

   If yes, how much does your spouse earn per month: Gross: $_____ Net: $_____

9. If you are a minor under age 18, what is your parents' or guardian's approximate monthly income?  Gross: $_____  Net: $_____

I understand the Court will not consider my Motion unless all the questions are answered.

I declare under penalty of perjury that the information above is true and correct.

_7/2/2008_      _[signature]_
Date            Signature

FILED
AUG 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LAWRENCE V. WILDER               :

    Plaintiff                :

v                                :      Civil Action No. JFM-08-1755

MICHAEL LEAVITT and              :      08 1388
LINDA M. SPRINGER
                                 :
    Defendant

oOo

### ORDER

The above-captioned petition for writ of mandamus was filed on July 2, 2008, together with a motion to proceed in forma pauperis. The motion shall be held in abeyance.

Under 28 U.S.C. § 1391(b), a civil action that is based upon a federal question may be brought only in the judicial district where any of the defendants reside, if all defendants reside in the same state or a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, except as otherwise provided by law. The defendants named are located in the District of Columbia and the claim concerns alleged improper employment practices by federal agencies in the District of Columbia. The proper venue is the United States District Court for the District of Columbia.

Accordingly, IT IS this 16th day of July, 2008, by the United States District Court for the District of Maryland hereby ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis IS HELD IN ABEYANCE;

2. The Clerk SHALL TRANSFER this case to the United States District Court for the District of Columbia, 333 Constitution Ave., NW, Washington, DC 20001, for all further proceedings as may be deemed appropriate by that court; and

RECEIVED
JUL 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3

3. The Clerk SHALL MAIL a copy of this order to plaintiff.

/s/
J. Frederick Motz
United States District Judge

2

## CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

Lawrence Wilder

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (NFP)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**DEFENDANTS**

Michael Levitt, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRAC

Case: 1:08-cv-01388
Assigned To : Robertson, James
Assign. Date : 8/11/2008
Description: Pro Se Gen. Civil

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1  U.S. Government Plaintiff
☐ 3  Federal Question (U.S. Government Not a Party)
☒ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other)   OR   ☒ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☒ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

O

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 1361

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    **DEMAND $** 0    Check YES only if demanded in complaint  **JURY DEMAND:** ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)   ☐ YES  ☒ NO   If yes, please complete related case form.

DATE 8/14/08    SIGNATURE OF ATTORNEY OF RECORD  NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed  Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C, and 99999 if plaintiff is outside the United States

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd