```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

LAWRENCE V. WILDER, SR.,      :
                              :
          Petitioner,         :
                              :
     v.                       :     Civil Action No. 08-1388 (JR)
                              :
LINDA M. SPRINGER et al.,     :
                              :
                              :
          Respondents.        :
```

**MEMORANDUM**

Plaintiff, a disability retiree, seeks a writ of mandamus to compel the Secretary of Health and Human Services and the Director of the Office of Personnel Management ("OPM") to reinstate him. Plaintiff's recourse lies exclusively in the remedial scheme of the Civil Service Reform Act of 1978, which requires that he appeal OPM's adverse decision to the Merit Systems Protection Board and, if unsuccessful, seek judicial review in the Court of Appeals for the Federal Circuit. *Fornaro v. James*, 416 F.3d 63 (D.C. Cir. 2005). A separate order of dismissal accompanies this Memorandum.

                                        JAMES ROBERTSON
                                    United States District Judge